**Electronically Filed**
**Supreme Court**
**SCPW-10-0000127**
**17-NOV-2010**
**03:15 PM**

NO. SCPW-10-0000127

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RAYMOND GONSALVES, Petitioner,

vs.

CLAYTON FRANK, DIRECTOR OF THE DEPARTMENT OF
PUBLIC SAFETY, STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and
Circuit Judge Trader, assigned by reason of vacancy)

Upon consideration of petitioner Raymond Gonsalves' petition for a writ of mandamus and the papers in support, it appears that petitioner fails to demonstrate a clear and indisputable right to relief. Therefore, petitioner is not entitled to extraordinary relief. See HRS § 602-5(3) (2009) ("The supreme court shall have jurisdiction and power . . . [t]o exercise original jurisdiction in all questions . . . arising under writs of mandamus directed to public officers to compel them to fulfill the duties of their offices[.]"); Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (A writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief

and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action.). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied. The request to submit additional exhibits is also denied.

DATED: Honolulu, Hawaiʻi, November 17, 2010.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Rom A. Trader

